1  BENJAMIN B. WAGNER
   United States Attorney
2  Michael S. Frye
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | CASE NO. 1:13-CR-00170-AWI-BAM
12 |                  Plaintiff,         |
   |                                      | MOTION TO DISMISS
13 |            v.                        |
14 | PHILLIP LOWE,                        |
15 |                  Defendant.          |

16

17   The government hereby moves to dismiss, without prejudice, the charges in the indictment

18 against PHILLIP LOWE. This motion is made in response to said defendant having entered a guilty

19 plea in Fresno County Superior Court for the same conduct charged in the indictment in this matter. The

20 ends of justice will best be served by a dismissal of the Indictment in this matter.

21

22 Dated: June 17, 2013                       BENJAMIN B. WAGNER
                                              United States Attorney
23

24                                            /s/ Michael S. Frye
                                              MICHAEL S. FRYE
25                                            Assistant United States Attorney

26

27

28

INDICTMENT OF PHILLIP LOWE              1

BENJAMIN B. WAGNER
United States Attorney
Michael S. Frye
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00170-AWI-BAM |
|---|---|
| Plaintiff, | |
| v. | ORDER RE: MOTION TO DISMISS |
| PHILLIP LOWE, | |
| Defendant. | |

**<u>ORDER</u>**

IT IS HEREBY ORDERED in the interest of justice that the indictment be dismissed and that the warrant be recalled.

IT IS SO ORDERED.

Dated:  June 18, 2013                              _____
                                                                      SENIOR DISTRICT JUDGE

INDICTMENT OF PHILLIP LOWE                              2